IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80075 WHA

IN THE MATTER OF

Gregory Alan Baker – #194654

**ORDER OF SUSPENSION**

/

    Because Gregory Alan Baker has failed to respond to the order to show cause, Mr. Baker's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: June 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE